UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTH COAST RIVERS ALLIANCE, et al.,<br><br>      Plaintiffs,<br><br>  v.<br><br>KENNETH SALAZAR, Secretary of the United States Department of the Interior, et al.,<br><br>      Defendants.<br>_____/ | No. 2:12-cv-00001-MCE-GGH<br><br><br><br>**NON-RELATED CASE ORDER** |
| PACIFIC COAST FEDERATION OF FISHERMEN'S ASSOCIATIONS, et al.,<br><br>      Plaintiffs,<br><br>  v.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR, et al.,<br><br>      Defendants.<br>_____/ | No. 1:12-cv-01303-LJO-MJS |

    The court has received the Notice of Related Cases concerning the above-captioned cases filed August 29, 2012. See Local Rule 123, E.D. Cal. (1997).

1

1 The court has determined, however, that it is inappropriate to
2 relate or reassign the cases, and therefore declines to do so.
3 This order is issued for informational purposes only, and shall
4 have no effect on the status of the cases, including any previous
5 Related (or Non-Related) Case Order of this court.
6     IT IS SO ORDERED.

Dated: October 1, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE